# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **YUSEF MAISONET,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )     **CIVIL ACTION 1:21-00059-KD-MU** |
| **JEFFERSON S. DUNN,** *et al.*, | ) |
|     **Defendants.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 17, 2021, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that this action is **DISMISSED.**

**DONE** and **ORDERED** this the **6th** day of **December 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**